**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND RESTORATIVE JUSTIFY INITIATIVE, *et al.*,<br>*Plaintiffs,* | * <br> * | |
| v. | * | Case No. 1:16-cv-01021-ELH |
| GOVERNOR LARRY HOGAN, *et al.*,<br>*Defendants.* | * <br> * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Declaration of Barry J. Fleishman Pursuant to Fed. R. Civ. P. 56(d)**

1. My name is Barry J. Fleishman. I am a partner with the law firm of Kilpatrick Townsend & Stockton LLP, and co-counsel for Plaintiffs Calvin McNeill, Kenneth Tucker, Nathaniel Foster and Maryland Restorative Justice Initiative ("Plaintiffs") in this action. I am over the age of eighteen and competent to testify to the matters that are the subject of this declaration.

2. I submit this declaration pursuant to Rule 56 (d) of the Federal Rules of Civil Procedure in support of Plaintiffs' Opposition ("Opposition") to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Defendants' Motion"). This declaration is based on personal knowledge and my review of documents and filings relevant to this action.

3. Defendants' Motion seeks, in part, summary judgment on Plaintiffs' claims for relief that Maryland's scheme of parole for juvenile offenders with life sentences is unconstitutional because it fails to offer a "meaningful" and "realistic" opportunity for release. In support of this argument, Defendants seek to have this Court review new facts, exhibits, rules

and regulations that are not encompassed in Plaintiffs' Complaint ("Complaint") or any documents attached to or referred to in the Complaint.

4. Defendants have not answered the Complaint, despite having received additional time to do so, nor have Plaintiffs had any opportunity to conduct discovery in this case.

5. Plaintiffs have not had any opportunity to review, inquire about, or challenge any of the new facts, exhibits, rules and regulations Defendants seek this Court to review in connection with Defendants' Motion, nor have Plaintiffs had any opportunity to depose witnesses regarding any of that material. Numerous genuine material issues of fact relevant to the legal issues raised in Defendants' Motion remain, precluding any award of summary judgment.

6. To oppose Defendants' Motion, Plaintiffs need to undertake discovery into the averments Defendants have made concerning their activities, rules and regulations with respect to the issue of parole for juvenile offenders serving life sentences. These facts are uniquely in Defendants' control. Plaintiffs therefore require testimonial and documentary discovery to present additional facts essential to their opposition to Defendants' Motion. Plaintiffs need discovery regarding numerous topics, including, for example and without limitation:

- The reasoning, intent, and administrative and regulatory history behind Defendants' new rules, regulations and procedures for juvenile offenders serving life sentences;
- The implementation and impact of current and former classification systems for juvenile offenders serving life sentences upon their opportunities for release, as well as the availability of administrative remedies to address classification outcomes;

- The scope of Defendants' reliance upon risk assessment tools to make determinations about opportunities for release, as well as other policies and practices of the Maryland Parole Commission;

- The history of parole proceedings (including the number of individuals recommended for parole, set-offs and refusals) for juvenile offenders serving life sentences since at least 1995;

- The history of clemency proceedings (including the number of individuals recommended by the MPC for commutation) for juvenile offenders serving life sentences since at least 1995;

- The history of gubernatorial grants and denials of parole for juvenile offenders serving life sentences since at least 1995;

- The facts and circumstances of the conditional commutations of John Alexander Jones, Mark Farley Grant, Mary Washington Brown, Karen Lynn Fried, and the medical parole of Milton Humphrey

7. All of the above information that Plaintiffs seek to discover is essential to opposing Defendants' Motion for Summary Judgment, and Plaintiffs cannot learn this information, or obtain evidence about these issues in admissible form, without discovery. Moreover, Plaintiffs expected discovery likely will result in knowledge of other facts that will require additional inquiry – Plaintiffs cannot be deemed to know now, and be precluded from enquiring further later, that which they have not been given any opportunity to learn.

I declare under penalty of perjury, as required by 28 U.S.C. § 1746, that the foregoing statement is true and correct.

*/s/ Barry Fleishman*

Barry J. Fleishman, Esq. (Bar No. 15869)
KILPATRICK TOWNSEND STOCKTON LLP
607 14TH Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 508-5835
Fax: (202) 585-0003
bfleishman@kilpatricktownsend.com

*Counsel for Plaintiffs*

Dated: September 9, 2016

Certificate of Service

I certify that service of the foregoing **DECLARATION OF BARRY J. FLEISHMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** has been made by electronic cm/ecf, addressed to :

Russell P. Butler
Victor D. Stone
Maryland Crime Victim's Resource Center, Inc.
1001 Prince George's Blvd., Suite 750
Upper Marlboro, MD 20774
Tel:  (240) 335-4014
Fax: (240) 929-0526
*Counsel for Movants*

Stephen M. Sullivan Assistant Attorney General for Maryland
Chief of Civil Litigation
200 St. Paul's Place,
Baltimore, MD 21202
Tel:  (410) 576-6325
Fax: (410) 576-6955
ssullivan@oag.state.md.us

Michael O. Doyle
State of Maryland Office of the Attorney General
Department of Public Safety and Correctional Services
300 East Joppa Road, Suite 1000
Towson, MD 21286
Tel:  (410) 339-7567
Fax: (410) 339-4243
Email: mdoyle@dpscs.state.md.us

*Counsel for Defendants*

Dated:  September 9, 2016

/ s/ Barry J. Fleishman
Barry Fleishman, Esq. (Bar No. 15869)
KILPATRICK TOWNSEND STOCKTON LLP
607 14TH Street, N.W., Suite 900
Washington, D.C. 20005
Tel:  (202) 508-5835
Fax: (202) 585-0003
bfleishman@kilpatricktownsend.com