## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

April 2, 2019

LETTER TO COUNSEL

    Re:    *Maryland Restorative Justice Initiative et al v. Hogan et al*
              Civil No.:  ELH-16-01021

Dear Counsel:

    I write to bring to your attention a decision of the United States Court of Appeals for the Fourth Circuit, issued on April 2, 2019, captioned *Thomas Franklin Bowling v. Director, Virginia Department of Corrections*, Appeal No. 18-6170.  It concerns an individual who was sentenced to life with parole when he was 17 years of age.  As you will see, the Court considered both Eighth Amendment and procedural due process claims.

                                          Very truly yours,

                                          /s/
                                        Ellen L. Hollander
                                        United States District Judge