## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND RESTORATIVE JUSTICE INITIATIVE, *et al.*, <br>     *Plaintiffs,* <br><br> v. <br><br> GOVERNOR LARRY HOGAN, *et al.*, <br>     *Defendants.* | * <br><br> * <br><br> *   Case No. 1:16-cv-01021-ELH <br><br> * <br><br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ENTRY OF APPEARANCE**

Please enter the appearance of Ashley L. Criss of Wiley Rein LLP as an attorney for Maryland Restorative Justice Initiative, Calvin McNeill, Nathaniel Foster, and Kenneth Tucker.

I certify that I am admitted to practice in this Court.


Dated: November 18, 2019　　　　　　　　Respectfully submitted,

                                                   By: /s/ Ashley L. Criss
                                                 Ashley L. Criss
                                                 Bar No. 19875
                                                 WILEY REIN LLP
                                                 1776 K Street, N.W.
                                                 Washington, D.C. 20006
                                                 Tel: (202) 719-7000
                                                 Fax: (202) 719-7049
                                                 acriss@wileyrein.com


                                                 *Attorney for Plaintiffs Maryland*
                                                 *Restorative Justice Initiative, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2019, a copy of this Entry of Appearance was filed electronically and served on counsel of record using the CM/ECF system.

/s/ Ashley L. Criss
Ashley L. Criss