**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND RESTORATIVE JUSTICE INITIATIVE, *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Case No. 1:16-cv-01021-ELH |
| GOVERNOR LARRY HOGAN, *et al.*, *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Charles C. Lemley of Wiley Rein LLP as an attorney for Maryland Restorative Justice Initiative, Calvin McNeill, Nathaniel Foster, and Kenneth Tucker. I certify that I am admitted to practice in this Court.

Dated: November 20, 2019

Respectfully submitted,

By: /s/ Charles C. Lemley
Charles C. Lemley
Bar No. 15205
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
acriss@wileyrein.com

*Attorney for Plaintiffs Maryland
Restorative Justice Initiative, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2019, a copy of this Entry of Appearance was filed electronically and served on counsel of record using the CM/ECF system.

<u>/s/ Charles C. Lemley</u>
Charles C. Lemley
