IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

| | |
|---|---|
| MARYLAND RESTORATIVE JUSTICE INITIATIVE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR LARRY HOGAN, *et al.*, <br><br> Defendants. | Civil Action No. ELH-16-1021 |

**[PROPOSED] ORDER**

The parties have jointly moved the Court to stay the case. For the reasons discussed on the teleconference with the parties on January 31, 2020 and good cause appearing,

IT IS HEREBY ORDERED that this case is stayed for a period of 60 days.

IT IS FURTHER ORDERED that the parties will file a status report within 60 days after entry of this Order.

Dated: February ___, 2020

                                                                                    _____
                                                                                    Judge Ellen L. Hollander