FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB -3 PM 2:23

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MARYLAND RESTORATIVE )
JUSTICE INITIATIVE, *et al.*, )
  )
  Plaintiffs, )
  )   Civil Action No. ELH-16-1021
  v. )
  )
GOVERNOR LARRY HOGAN, *et al.*, )
  )
  Defendants. )
_____)

## ~~[PROPOSED]~~ ORDER

The parties have jointly moved the Court to stay the case. For the reasons discussed on the teleconference with the parties on January 31, 2020 and good cause appearing,

IT IS HEREBY ORDERED that this case is stayed for a period of 60 days.

IT IS FURTHER ORDERED that the parties will file a status report within 60 days after entry of this Order.

Dated: February 3rd, 2020

_____
Judge Ellen L. Hollander