IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

Approved
ELH
USDJ
10/30/20

| | |
|---|---|
| MARYLAND RESTORATIVE JUSTICE INITIATIVE, *et al.*, ) ) ) Plaintiffs, ) ) GOVERNOR LARRY HOGAN, *et al.*, ) ) Defendants. ) ) | Case No. 1:16-cv-01021-ELH |

### PARTIES' JOINT STATUS REPORT

Counsel for the Parties have continued to engage in the process of negotiating the terms of a compromise resolution since the last report to the Court. Counsel for the defendants returned a proposed settlement agreement, with attachments, to counsel for the plaintiffs on October 28, 2020.

As ordered by the Honorable A. David Copperthite on October 29, 2020, the Parties will submit a joint status report to his chambers by close of business on November 2, 2020, advising him whether the parties believe that either a conference call or a Zoom settlement conference will be necessary to continue settlement efforts.

At this point, the parties anticipate that an additional 45 days may be necessary to complete the settlement process, according to the following schedule, which the Parties respectfully ask this Court to approve:

| | |
|---|---|
| November 12, 2020 | Plaintiffs return settlement documents to Defendants |
| December 11, 2020 | Defendants return settlement documents to Plaintiffs |
| December 17, 2020 | Joint status report due to the Court, as previously ordered on September 18, 2020 (ECF 249) |