IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

MARYLAND RESTORATIVE )
JUSTICE INITIATIVE, *et al.,* )
)
Plaintiffs, )
) Case No. ELH-16-1021
GOVERNOR LARRY HOGAN, *et al.,* )
)
Defendants. )
_____)

## ORDER STAYING CASE ADMINISTRATIVELY

As agreed to by the parties, it is this 17th day of December, 2020, by the United States

District Court for the District of Maryland, hereby ORDERED as follows:

1.      The administrative stay of this case previously ordered on September 18, 2020

(ECF No. 249) is extended for a period of sixty days, to and including February 15, 2021, to

permit the parties to finalize all aspects of the settlement process.

2.      At any time during the pendency of the stay, either party may file a motion asking

the Court to lift the stay.

Ellen L. Hollander
United States District Court Judge