IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

| | |
|---|---|
| MARYLAND RESTORATIVE ) <br> JUSTICE INITIATIVE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> GOVERNOR LARRY HOGAN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-cv-01021-ELH |

## **PARTIES' JOINT STATUS REPORT**

Although the parties have reached a settlement in principle, the settlement agreement is not yet fully executed. Defendants are in the process of seeking approval from the Board of Public Works. The parties are therefore concurrently filing a proposed Order extending the administrative stay of this case for a period of sixty days to allow them to finalize all aspects of the settlement process.

Dated: February 16, 2021

Respectfully submitted,

/s/ Mary E. Borja
Richard A. Simpson (Bar No. 014174)
Mary E. Borja (Bar No. 19387)
Gary S. Ward (Bar No. 19971)
George E. Petel (Bar No. 20567)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 719-7000
Fax: (202) 719-7049
rsimpson@wiley.law
mborja@wiley.law
gsward@wiley.law
gpetel@wiley.law

/s/ Susan H. Baron
Susan H. Baron (Bar No. 06304)
Michael O. Doyle (Bar No. 11291)
Assistant Attorneys General
Department of Public Safety and
Correctional Services
300 East Joppa Road, Suite 1000
Towson, MD 21286
michaelo.doyle@maryland.gov
Susan.Baron@maryland.gov
(410) 339-7567
(410) 764-5366 (facsimile)

*Counsel for Defendants*

Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
ACLU OF MARYLAND
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
Tel.: (410) 889-8550
jeon@aclu-md.org
kumar@aclu-md.org

Barry J. Fleishman (Bar No. 15869)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
Tel.: (202) 663-8000
barry.fleishman@pillsburylaw.com

*Counsel for Plaintiffs*