IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND RESTORATIVE ) <br> JUSTICE INITIATIVE, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> GOVERNOR LARRY HOGAN, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | Case No. ELH-16-1021 |

## ORDER STAYING CASE ADMINISTRATIVELY

As agreed to by the parties, it is this _____ day of February, 2021, by the United States District Court for the District of Maryland, hereby ORDERED as follows:

1.  The administrative stay of this case previously ordered on September 18, 2020 (ECF No. 249) is further extended for a period of sixty days, to and including April 17, 2021, to permit the parties to finalize all aspects of the settlement process.

2.  At any time during the pendency of the stay, either party may file a motion asking the Court to lift the stay.

_____
Ellen L. Hollander
United States District Court Judge