# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND RESTORATIVE ) <br> JUSTICE INITIATIVE, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> GOVERNOR LARRY HOGAN, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-cv-01021-ELH |

## CONSENT MOTION TO DISMISS

Plaintiffs Maryland Restorative Justice Initiative, Calvin McNeill, Nathaniel Foster, and Kenneth Tucker (collectively, "Plaintiffs"), through their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this action with prejudice *except that* the dismissal shall be without prejudice to Plaintiffs' right to move this Court to enforce the parties' Settlement Agreement as provided therein.

Except as otherwise provided in the parties' Settlement Agreement, each party shall bear his or its own attorneys' fees, expenses, and other costs in connection with the above-captioned action.

Defendants Governor Larry Hogan, David Blumberg, Robert Green, and Wayne Hill, each in their official capacities, through counsel, have consented to the relief requested in this motion.

                                         Respectfully submitted,

Dated: April 14, 2021                     / s / Mary E. Borja

                                         Mary E. Borja (Bar No. 19387)
                                         Richard A. Simpson (Bar No. 014174)
                                         WILEY REIN LLP
                                         1776 K Street, N.W.
                                         Washington, D.C. 20006
                                         Telephone: (202) 719-7000
                                         Facsimile: (202) 719-7049
                                         rsimpson@wiley.law
                                         mborja@wiley.law

                                         Deborah A. Jeon (Bar No. 06905)
                                         Sonia Kumar (Bar No. 07196)
                                         ACLU OF MARYLAND
                                         3600 Clipper Mill Road, Suite 350
                                         Baltimore, MD 21211
                                         Tel.: (410) 889-8550 x 103
                                         jeon@aclu-md.org
                                         kumar@aclu-md.org

                                         Barry J. Fleishman (Bar No. 15869)
                                         Pillsbury Winthrop Shaw Pittman LLP
                                         1200 Seventeenth Street N.W.
                                         Washington, DC 20036
                                         Tel.: 202.663.8079
                                         barry.fleishman@pillsburylaw.com

                                         *Counsel for Plaintiffs*