# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND RESTORATIVE<br>JUSTICE INITIATIVE, *et al.*,<br><br>Plaintiffs,<br><br>GOVERNOR LARRY HOGAN, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-01021-ELH |

Upon consideration of the Plaintiffs' Consent Motion to Dismiss, IT IS HEREBY ORDERED that:

This action is dismissed with prejudice, the parties to bear their own costs and fees, *except that* the dismissal shall be without prejudice to Plaintiffs' right to move this Court to enforce the parties' Settlement Agreement. And the clerk is directed to close this case. *ELH*

So ORDERED, this **14th** day of **April**, 2021.

*Ellen L. Hollander*
Ellen L. Hollander
United States District Judge